AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Russell, Barry | United States Bankruptcy Court | 09/04/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | [ ] Nomination   Date<br>[ ] Initial   [✓] Annual   [ ] Final<br>5b. [✓] Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | L.A. FBA Medal of Valor, Non-Profit |
| 2. | Director | Western Justice Center Foundation, Non-Profit |
| 3. | Director | Activity Source for Seniors, Inc., Non-Profit |
| 4. | Director | L.A. FBA Legal Eduction Foundation, Non-Profit |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Book Royalty, Thomson-West | $41,603.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | May 18-21, 2017 | San Diego, CA | Bankruptcy Lecture | Meals, Hotel & Transportation |
| 2. | Law & Economics Center, George Mason University Antonin Scalia Law School | December 3-8, 2017 | Orange, CA | Educational Program | Meals, Hotel & Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 09/04/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Barry | 09/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southland Civic Credit Union, Los Angeles CA | C | Interest | M | T | | | | | |
| 2. American Tax Credit Prop II, LTD. Partnership | A | Interest | J | U | | | | | |
| 3. Time Share - Palm Springs, CA (see Part VIII for addt'l information) | | None | J | R | | | | | |
| 4. MSFT | A | Dividend | J | T | | | | | |
| 5. LUCENT | A | Dividend | J | T | | | | | |
| 6. CISCO | A | Dividend | J | T | | | | | |
| 7. AOL | A | Dividend | J | T | | | | | |
| 8. IBM | A | Dividend | J | T | | | | | |
| 9. YHOO | A | Dividend | J | T | | | | | |
| 10. ITEL | A | Dividend | J | T | | | | | |
| 11. E-TRADE | A | Dividend | J | T | | | | | |
| 12. VTSS | A | Dividend | J | T | | | | | |
| 13. MCI | A | Dividend | J | T | | | | | |
| 14. AMAT | A | Dividend | J | T | | | | | |
| 15. Charles Schwab & Co., Inc. (L&S Advisors) (See Part VIII) | A | Dividend | M | T | | | | | |
| 16. AXDX | A | Dividend | J | T | Buy | 05/02/17 | J | | |
| 17. AXDX | A | Dividend | | | Sold | 10/17/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 09/04/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ATVI | A | Dividend | J | T | Sold (part) | 05/11/17 | J | A | |
| 19. ATVI | A | Dividend | J | T | Sold (part) | 09/13/17 | J | A | |
| 20. ALK | A | Dividend | | | Sold | 05/02/17 | J | | |
| 21. BABA | A | Dividend | J | T | Buy (add'l) | 01/25/17 | J | | |
| 22. BABA | A | Dividend | J | T | Sold (part) | 02/16/17 | J | A | |
| 23. ATI | A | Dividend | J | T | Buy | 11/07/17 | J | | |
| 24. ATI | A | Dividend | | | Sold | 11/28/17 | J | | |
| 25. GOOGL | A | Dividend | J | T | Sold (part) | 03/27/17 | J | A | |
| 26. AMZN | A | Dividend | J | T | | | | | |
| 27. AAPL | A | Dividend | J | T | Sold (part) | 05/19/17 | J | A | |
| 28. OZRK | A | Dividend | | | Sold | 05/19/17 | J | | |
| 29. BHP | A | Dividend | | | Sold | 02/22/17 | J | A | |
| 30. AVGO | A | Dividend | | | Sold | 05/15/17 | J | A | |
| 31. CELG | A | Dividend | J | T | Buy (add'l) | 02/24/17 | J | | |
| 32. CELG | A | Dividend | J | T | Sold (part) | 10/26/17 | J | | |
| 33. PLCE | A | Dividend | J | T | Buy | 03/08/17 | J | | |
| 34. PLCE | A | Dividend | | | Sold (part) | 09/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Barry | 09/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CSGP | A | Dividend | J | T | Buy | 05/11/17 | J | | |
| 36. CSGP | A | Dividend | J | T | Buy (add'l) | 08/30/17 | J | | |
| 37. CSGP | A | Dividend | J | T | Sold (part) | 10/26/17 | J | A | |
| 38. CSGP | A | Dividend | | | Sold | 12/21/17 | J | A | |
| 39. EA | A | Dividend | | | Sold (part) | 10/27/17 | J | A | |
| 40. EA | A | Dividend | | | Sold | 11/08/17 | J | A | |
| 41. FB | A | Dividend | J | T | Sold (part) | 05/15/17 | J | A | |
| 42. GS | A | Dividend | | | Sold (part) | 05/08/17 | J | A | |
| 43. GS | A | Dividend | | | Sold (part) | 08/30/17 | J | A | |
| 44. GS | A | Dividend | | | Sold | 11/15/17 | J | A | |
| 45. HD | A | Dividend | J | T | | | | | |
| 46. INCY | A | Dividend | J | T | Buy | 01/09/17 | J | | |
| 47. INCY | A | Dividend | | | Sold (part) | 04/06/17 | J | A | |
| 48. INCY | A | Dividend | | | Sold (part) | 11/28/17 | J | | |
| 49. ISRG | A | Dividend | J | T | Buy | 06/19/17 | J | | |
| 50. ISRG | A | Dividend | | | Sold (part) | 11/28/17 | J | A | |
| 51. JAG | A | Dividend | J | T | Buy | 02/22/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Barry | 09/04/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JAG | A | Dividend | | | Sold | 06/19/17 | J | | |
| 53. JPM | A | Dividend | J | T | Sold (part) | 09/25/17 | J | A | |
| 54. KMG | A | Dividend | J | T | Buy | 10/19/17 | J | | |
| 55. KMG | A | Dividend | | | Sold | 10/19/17 | J | A | |
| 56. MLM | A | Dividend | J | T | Buy | 03/10/17 | J | | |
| 57. MLM | A | Dividend | J | T | Buy (add'l) | 10/20/17 | J | | |
| 58. MLM | A | Dividend | | | Sold (part) | 08/17/17 | J | | |
| 59. MLM | A | Dividend | | | Sold | 11/22/17 | J | | |
| 60. MELI | A | Dividend | J | T | Buy | 09/08/17 | J | | |
| 61. MELI | A | Dividend | J | T | Sold (part) | 10/24/17 | J | | |
| 62. MGM | A | Dividend | | | Sold | 02/03/17 | J | A | |
| 63. MGM | A | Dividend | J | T | Buy | 04/04/17 | J | | |
| 64. MGM | A | Dividend | | | Sold | 10/30/17 | J | A | |
| 65. MSFT | A | Dividend | J | T | Sold (part) | 03/09/17 | J | A | |
| 66. NFLX | A | Dividend | J | T | Sold (part) | 03/09/17 | J | A | |
| 67. NFLX | A | Dividend | | | Sold (part) | 04/10/17 | J | A | |
| 68. NFLX | A | Dividend | | | Sold (part) | 07/18/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Barry | 09/04/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NTNX | A | Dividend | J | T | Buy | 07/21/17 | J | | |
| 70. NTNX | A | Dividend | J | T | Buy (add'l) | 08/15/17 | J | | |
| 71. NTNX | A | Dividend | J | T | Sold (part) | 09/13/17 | J | A | |
| 72. NVDA | A | Dividend | J | T | Sold (part) | 05/11/17 | J | A | |
| 73. NVDA | A | Dividend | J | T | Sold (part) | 09/13/17 | J | A | |
| 74. NXPI | A | Dividend | | | Sold (part) | 08/30/17 | J | A | |
| 75. NXPI | A | Dividend | | | Sold | 09/08/17 | J | A | |
| 76. PANW | A | Dividend | J | T | Sold (part) | 03/27/17 | J | | |
| 77. PANW | A | Dividend | J | T | Sold (part) | 05/02/17 | J | | |
| 78. PE | A | Dividend | | | Sold (part) | 03/27/17 | J | | |
| 79. PE | A | Dividend | J | T | Buy (add'l) | 05/08/17 | J | | |
| 80. PE | A | Dividend | | | Sold (part) | 06/05/17 | J | | |
| 81. PE | A | Dividend | | | Sold | 06/15/17 | J | | |
| 82. PXD | A | Dividend | J | T | Buy (add'l) | 09/13/17 | J | | |
| 83. PXD | A | Dividend | | | Sold (part) | 09/26/17 | J | A | |
| 84. PFPT | A | Dividend | | | Sold (part) | 03/23/17 | J | | |
| 85. PFPT | A | Dividend | | | Sold | 10/23/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Barry | 09/04/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  REGN | A | Dividend | J | T | Buy | 03/15/17 | J | | |
| 87.  REGN | A | Dividend | J | T | Buy (add'l) | 03/27/17 | J | | |
| 88.  REGN | A | Dividend | | | Sold (part) | 09/26/17 | J | A | |
| 89.  MARK | A | Dividend | J | T | Buy | 11/15/17 | J | | |
| 90.  MARK | A | Dividend | J | T | Sold (part) | 11/20/17 | J | A | |
| 91.  RCL | A | Dividend | J | T | Buy | 08/18/17 | J | | |
| 92.  RCL | A | Dividend | | | Sold | 09/18/17 | J | | |
| 93.  SBAC | A | Dividend | J | T | Sold (part) | 02/16/17 | J | A | |
| 94.  SBAC | A | Dividend | J | T | Sold (part) | 03/08/17 | J | A | |
| 95.  NOW | A | Dividend | J | T | Buy | 01/30/17 | J | | |
| 96.  NOW | A | Dividend | | | Sold (part) | 11/16/17 | J | A | |
| 97.  SHPG | A | Dividend | | | Sold (part) | 07/11/17 | J | | |
| 98.  SHPG | A | Dividend | | | Sold | 07/20/17 | J | | |
| 99.  SHOP | A | Dividend | J | T | Buy | 08/30/17 | J | | |
| 100.  SHOP | A | Dividend | | | Sold | 12/07/17 | J | | |
| 101.  SINA | A | Dividend | J | T | Buy | 05/19/17 | J | | |
| 102.  SINA | A | Dividend | J | T | Sold (part) | 10/03/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Barry | 09/04/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SWKS | A | Dividend | J | T | Sold (part) | 05/12/17 | J | A | |
| 104. SQ | A | Dividend | J | T | Buy | 11/16/17 | J | | |
| 105. SQ | A | Dividend | | | Sold | 12/14/17 | J | | |
| 106. SBUX | A | Dividend | | | Sold (part) | 02/03/17 | J | | |
| 107. SBUX | A | Dividend | | | Sold | 09/28/17 | J | | |
| 108. TMO | A | Dividend | J | T | | | | | |
| 109. USB | A | Dividend | | | Sold (part) | 02/23/17 | J | A | |
| 110. USB | A | Dividend | | | Sold | 09/01/17 | J | A | |
| 111. ULTA | A | Dividend | J | T | Buy | 03/09/17 | J | | |
| 112. ULTA | A | Dividend | | | Sold (part) | 03/27/17 | J | A | |
| 113. ULTA | A | Dividend | J | T | Sold (part) | 06/19/17 | J | A | |
| 114. UNP | A | Dividend | | | Sold | 08/02/17 | J | A | |
| 115. UNH | A | Dividend | J | T | Sold (part) | 07/11/17 | J | A | |
| 116. VRX | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 117. VRX | A | Dividend | | | Sold | 03/08/17 | J | | |
| 118. V | A | Dividend | J | T | Sold (part) | 03/27/17 | J | A | |
| 119. VMC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Barry | 09/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. WAGE | A | Dividend | | | Sold | 01/09/17 | J | | |
| 121. WBA | A | Dividend | | | Sold | 02/03/17 | J | | |
| 122. XPO | A | Dividend | J | T | | | | | |
| 123. YY | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 124. YY | A | Dividend | J | T | Sold (part) | 11/16/17 | J | A | |
| 125. ZG | A | Dividend | J | T | Buy | 05/11/17 | J | | |
| 126. ZG | A | Dividend | | | Sold | 11/16/17 | J | | |
| 127. AMT | A | Dividend | J | T | Sold (part) | 09/22/17 | J | A | |
| 128. HCLP | A | Dividend | J | T | Buy | 09/13/17 | J | | |
| 129. BIDU | A | Dividend | J | T | Buy | 09/13/17 | J | | |
| 130. BLUE | A | Dividend | J | T | Buy | 12/13/17 | J | | |
| 131. GRUB | A | Dividend | J | T | Buy | 10/26/17 | J | | |
| 132. LRCX | A | Dividend | J | T | Buy | 09/19/17 | J | | |
| 133. MU | A | Dividend | J | T | Buy | 12/21/17 | J | | |
| 134. MOMO | A | Dividend | J | T | Buy | 11/27/17 | J | | |
| 135. NTDOY | A | Dividend | J | T | Buy | 11/15/17 | J | | |
| 136. PYPL | A | Dividend | J | T | Buy | 10/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Barry | 09/04/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  SRPT | A | Dividend | J | T | Buy | 10/03/17 | J | | |
| 138.  TCEHY | A | Dividend | J | T | Buy | 07/11/17 | J | | |
| 139.  VHC | A | Dividend | J | T | Buy | 09/13/17 | J | | |
| 140.  DIS | A | Dividend | J | T | Buy | 11/08/17 | J | | |
| 141.  ZTS | A | Dividend | J | T | Buy | 05/02/17 | J | | |
| 142.  Stifel, Nicolaus & Company TOD Account - see Part VIII for addt'l info. | C | Int./Div. | M | T | | | | | |
| 143.  FB | A | Dividend | K | T | Buy | 07/28/17 | K | | |
| 144.  INDUSTRY CA PUB FACS AUTH TAX ALLOC REV RFDG | A | Interest | J | T | Sold (part) | 01/05/17 | J | A | |
| 145.  ANAHEIM CA CMNTY DIST SPL TAX 08 1 PLATINUM | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 146.  FRESNO CA PENSION OBLIGS NPFG B/E TXBL REV | A | Interest | J | T | | | | | |
| 147.  PUERTO RICO CMNWLTH PUB IMPT AGM B/E | A | Interest | J | T | | | | | |
| 148.  HEMET CA USD RFDG 2012 ELECT SER A | A | Interest | J | T | Buy | 01/13/17 | J | | |
| 149.  GROSSMONT CA UN HIGH SCH DIST RFDG | A | Interest | J | T | Buy | 01/05/17 | J | | |
| 150.  CALIFORNIA ST PUB WKS BRD LSE REV DEPT CORR & REHAB SER H B/E | A | Interest | J | T | | | | | |
| 151.  DAVIS CA SPL TAX CMNTY FACS DIST 2015 1 REV B/E | A | Interest | J | T | | | | | |
| 152.  NORWALK CA REDEV AGY TAX ALLOC REV RFDG | A | Interest | J | T | | | | | |
| 153.  INDEPENDENT CITIES CA FIN MOBILE HM REV RFDG | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Barry | 09/04/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. FEDL NATL MTG ASSN REMIC SER 1994-61 CL E | A | Interest | J | T | | | | | |
| 155. AB HIGH INCOME | B | Dividend | K | T | Buy (add'l) | 04/04/17 | J | | |
| 156. OPPENHEIMER STEELPATH MLP INCOME | B | Interest | J | T | | | | | |
| 157. SMART TR CA MUN 4 | A | Dividend | J | T | | | | | |
| 158. SMART TRUST DYNAMIC SECTOR INCM 15 | A | Dividend | J | T | | | | | |
| 159. SMART TR CA MUN 5 | A | Dividend | J | T | Buy | 04/04/17 | J | | |
| 160. SMART TRUST CA MUN 6 | A | Dividend | J | T | Buy | 06/21/17 | J | | |
| 161. GUGGENHEIM FLTG RATE & DIV GRWTH 14 | A | Dividend | K | T | Buy | 07/25/17 | J | | |
| 162. SMART TRUST CEFA SELECT BDC 10 | A | Dividend | J | T | Buy | 08/16/17 | J | | |
| 163. ADVISORS UBIQUITOUS 2015-1 | A | Interest | | | Sold | 01/13/17 | J | B | |
| 164. ADVISORS BUS DEV CO OPPTY 2015-3 | A | Interest | | | Sold | 08/16/17 | J | | |
| 165. ELKHORN SECTOR NEUTRAL DWA ETF 2 | A | Interest | | | Sold | 07/25/17 | K | A | |
| 166. GUGGENHEIM CA MUN CEFS 16 | A | Dividend | J | T | Sold (part) | 06/21/17 | J | A | |
| 167. SMART TR CA MUN 2 | A | Dividend | | | Sold | 04/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, Barry** | 09/04/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, No. 3.  Time Share - Palm Springs, CA: Purchased in December 13, 1996. Purchase price: $7,990.00

Part VII, No. 15.  Stocks listed in nos. 16-140 in Part VII are part of the L&S Advisors (Charles Schwab) account

Part VII, No. 141.  Stocks listed in nos. 142-166 in Part VII are held in a Stifel Nicolas Brokerage Firm Account

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barry Russell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544